IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| TSDC, LLC, *et al* | ) Civil Case No. 1:14-cv-02699-DCN |
| Plaintiff, | ) Judge Donald C. Nugent |
| v. | ) **DEFENDANTS' MOTION TO ALLOW TELEPHONIC APPEARANCE BY** |
| Ann (Antoinette) Galvan, *et al* | ) **DEFENDANTS AND DEFENSE COUNSEL AT CASE MANAGEMENT** |
| Defendants. | ) **CONFERENCE** |

Defendants Antoinette ("Ann") Galvan and Gloria Galvan ("Gloria")(collectively "the Galvan sisters") hereby request that they and their defense counsel be allowed to appear telephonically at the Case Management Conference currently scheduled for August 14, 2015 at 11:30 a.m.  The Galvan sisters are unable to travel to the Northern District of Ohio to appear in this matter.  Ann Galvan has restrictive lung disease and cannot travel without substantial hardship.  (See Dkt. #11-1 and 11-3).  Gloria Galvan is unable to travel to the Northern District of Ohio, as she is Ann's sole caregiver.  (See Dkt. #11-2.)  Defense counsel seeks to appear by telephone as well.

-2-

Thus, defendants respectfully request that their motion be granted and a telephonic appearance permitted.

Dated: <u>July 31, 2015</u>     GRAY LAW FIRM

<div style="margin-left: 3em;">
<u>/s/ Gordon E. Gray III</u>  
Gordon E. Gray III (SBN 175209)  
4401 N. Atlantic Ave.  
Long Beach, CA 90807  
Tel: (562) 984-2020  
Email: geg@grayiplaw.com  
Attorney for Defendants  
**Antoinette and Gloria Galvan**
</div>

## **PROOF OF SERVICE**

I hereby certify that on this date, July 31, 2015, a copy of the foregoing:

**DEFENDANTS' MOTION TO ALLOW TELEPHONIC APPEARANCE BY DEFENDANTS AND DEFENSE COUNSEL AT CASE MANAGEMENT CONFERENCE**

was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below.

John M. Stryker, Esq.
Stryker Law Ltd.
20006 Detroit Road, Suite 310
Rocky River, Ohio 44116
Attorney for Plaintiff

Executed on July 31, 2015, at Long Beach, California.

                                                        _/s/Gordon E. Gray III_
                                                          Gordon E. Gray III