## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TSDC, LLC, | Date: November 2, 2015 |
| Plaintiff(s), | Judge Donald C. Nugent |
| v. | Court Reporter: None |
| Antoinette Galvan, et al., | Case Number: 1:14 CV 2699 |
| Defendant(s). | |

Status conference held, counsel for all parties participating. Parties are working on discovery. Plaintiff has filed a motion to amend the complaint & D has objected. Motion is fully briefed. Parties need additional time for discovery, including the depositions of the parties. Counsel will confer about discovery & file a motion to compel by 11/16/15 if they cannot work it out. Discovery extended to Jan 30, 2016. П will submit expert report by 2/29/16; D expert report due 3/30/16. Status set 1/15/16 @ 11:30 - A counsel by telephone.

Length of Proceeding: 20

*Betsy Breen*
United States District Judge
Law Clerk