**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TSDC, LLC** | ) | CASE NO. 1:14-cv02699 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR AN ORDER GRANTING** |
| **ANTOINETTE GALVAN, et al.** | ) | **PERMISSION TO SUBSTITUTE** |
| | ) | **COUNSEL** |
| Defendants. | ) | |

Plaintiff, TSDC, LLC ("TSDC"), respectfully moves the Court for an order substituting attorneys, Philip R. Bautista and Amelia J. Workman Farago, of the law firm of Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, Ohio 44114, as counsel of record for TSDC.  Pursuant to Local Rule 83.9, written notice of a proposed substitution has been provided to both TSDC and defendants' counsel, Gordon E. Gray, III, by emailing a copy of this motion to them prior to filing.

        Respectfully submitted,

        /s/  Amelia J. Workman Farago
        Philip R. Bautista (0073272)
        pbautista@taftlaw.com
        Amelia J. Workman Farago (0080260)
        afarago@taftlaw.com
        TAFT, STETTINIUS & HOLLISTER LLP
        200 Public Square, Suite 3500
        Cleveland, Ohio  44114-2302
        Tel:  (216) 241-2838
        Fax: (216) 241-3707

14919296.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/:  Amelia J. Workman Farago
Philip R. Bautista (0073272)
pbautista@taftlaw.com
Amelia J. Workman Farago (0080260)
afarago@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Tel:  (216) 241-2838
Fax: (216) 241-3707

14919296.1