IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TSDC, LLC,<br>Plaintiff<br><br>v.<br><br>Ann (Antoinette) Galvan, et al,<br>Defendant s | Civil Case No. 1:14-cv-02699-DCN<br><br>Judge Donald C. Nugent<br><br>PLAINTIFF'S SECOND MOTION FOR LEAVE OF COURT TO EXTEND TIME TO FILE ITS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL |

Plaintiff TSDC, LLC, through undersigned counsel, respectfully moves this court to grant it leave of court to extend time to file its Brief in Opposition to Defendants' Motion to Compel by another fourteen days.

Substitute counsel has filed for Leave of Court to Substitute, however, the court has not ruled upon it. Since the deadline for Plaintiff to respond to Defendants' Motion to Compel may run while the Court is reviewing the substitution, Plaintiff wishes to protect its ability to answer if the Court grants Leave to Substitute after the deadline to respond.

Respectfully Submitted,

John M. Stryker (0088821)
Stryker Law ltd
20006 Detroit Road, Suite 310
Rocky River, Ohio 44116
216-338-2295

216-777-2064 – fax
john@strykerlaw.com

Certificate of Service

A copy of the foregoing **PLAINTIFF'S SECOND MOTION FOR LEAVE OF COURT TO EXTEND TIME TO FILE IT BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** has been delivered on this 15th day of December, 2015 by the Court's efile system to Gordon Gray to his email address registered therein.

Respectfully Submitted,

_____
John M. Stryker (0088821)
Stryker Law ltd