# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TSDC, LLC, | ) CASE NO. 1:14-cv-02699 |
| | ) |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| | ) |
| v. | ) |
| | ) PLAINTIFF'S MOTION FOR |
| ANTOINETTE GALVAN, et al., | ) EXTENSION OF TIME TO FILE |
| | ) RESPONSE TO DEFENDANTS' |
| Defendants. | ) MOTION TO COMPEL |

Plaintiff TSDC, LLC's ("Plaintiff" or "TSDC") current counsel of record, John M. Stryker,[1] previously filed a motion requesting an extension of time to file a response to defendants' pending motion to compel (E.C.F. 30), which was granted by the Court through and including December 17, 2015.  Plaintiff, by and through Mr. Stryker, recently filed a second motion for extension of time yesterday (E.C.F. 33).

Yesterday, TSDC's newly retained counsel contacted defendants' counsel, Gordon E. Gray, III via telephone, with the intention of resolving defendants' motion to compel.  This conference included a productive discussion regarding how defendants propose to resolve the motion to compel.  Defendants' counsel also invited TSDC to submit a proposal on how to resolve the matter.

However, given that TSDC's new counsel has only been recently retained and recently filed the pending Motion for an Order Granting Permission to Substitute Counsel (E.C.F. 32), they require additional time to address the underlying facts relating to this discovery dispute and,

---

[1] Philip Bautista and Amelia Workman Farago and the law firm of Taft Stettinius & Hollister LLP filed a motion to substitute counsel in the case.

14919330.1

upon resolution, eventually prepare any responsive documents and interrogatory responses.[2] Because TSDC intends to resolve the discovery dispute underlying the motion to compel, it does not believe that the parties will require further Court intervention.

TSDC therefore respectfully requests the Court grant an additional extension of time for it to respond to the motion to compel, if necessary, through and including December 30, 2015.

                                          Respectfully submitted,

                                          /s/: Philip R. Bautista
                                          Philip R. Bautista (0073272)
                                          pbautista@taftlaw.com
                                          Amelia J. Workman Farago (0080260)
                                          afarago@taftlaw.com
                                          TAFT, STETTINIUS & HOLLISTER LLP
                                          200 Public Square, Suite 3500
                                          Cleveland, Ohio 44114-2302
                                          Tel: (216) 241-2838
                                          Fax: (216) 241-3707

                                          *Attorneys for Plaintiff*

---

[2] Plaintiff will also require time to provide appropriate responses due to the holiday.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/:  Philip R. Bautista
Philip R. Bautista (0073272)
pbautista@taftlaw.com
Amelia J. Workman Farago (0080260)
afarago@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Tel:  (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Plaintiff*