**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TSDC, LLC, et al.** | ) | CASE NO. 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| **ANN (ANTOINETTE) GALVAN, et al.** | ) | **ADDITIONAL COUNSEL FOR** |
| | ) | **PLAINTIFF** |
| Defendants. | ) | |

William A. Doyle hereby gives notice to the Court and the parties of his appearance as additional counsel of record for Plaintiff in the above-captioned action. All future notices, filings, and other court papers should be served on all of the undersigned attorneys.

Respectfully submitted,

/s/ *William A. Doyle*
Philip R. Bautista (0073272)
*pbautista@taftlaw.com*
Amelia J. Workman Farago (0080260)
*afarago@taftlaw.com*
William A. Doyle (0090987)
*wdoyle@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square Ste. 3500
Cleveland, OH  44114-1824
(216) 241-2838
(216) 241-3707 (fax)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *William A. Doyle*
*One of the Attorneys for Plaintiff*