IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TSDC, LLC, et al. | ) | CASE NO. 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ANN (ANTOINETTE) GALVAN, et al. | ) | ORDER ON DEFENDANTS' MOTION |
| | ) | TO COMPEL AND FOR SANCTIONS |
| Defendants. | ) | |

This matter came before the Court in connection with the previously-filed Motion to Compel and for Sanctions (E.C.F. 29) of Defendants Antoinette Galvan and Gloria Galvan (the "Defendants") and Defendants' and Plaintiff TSDC, LLC's ("Plaintiff") (Defendants and Plaintiff collectively, the "Parties") proposed and stipulated resolution of the discovery dispute subject to the Motion to Compel and for Sanctions.

Good cause appearing, it is therefore **ORDERED, ADJUDGED, AND DECREED**:

- Plaintiff shall in good faith respond to, and shall not further object to, the Interrogatories and Requests for Production of Documents subject to the Motion to Compel and for Sanctions and shall in good faith produce responsive documents and things on or before **January 6, 2016**.

- Subject to Defendants' review of Plaintiff's responses and production of documents and things, Defendants shall file a withdrawal of their Motion to Compel and for Sanctions on or before **January 20, 2016**.

- As necessary, Plaintiff shall supplement any responses or its production of documents and things before **January 20, 2016**. All responsive documents and things shall be produced by this date.

- To the extent the Parties have any further disputes regarding the Motion to Compel and for Sanctions after Plaintiff's responses and production, the Parties shall meet-and-confer regarding these disputes no later than **January 27, 2016**. The Parties further agree that by agreeing to this stipulated resolution, Defendants are not waiving their right to assert that Plaintiff

previously waived its rights to object to the Interrogatories and Requests for Production of Documents.

IT IS SO ORDERED.

_____January 5, 2016_____        _____/s/ Donald C. Nugent_____
Date        JUDGE DONALD C. NUGENT