IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TSDC, LLC | ) | Civil Case No.: 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE  DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **REPLY CONCERNING DEFENDANTS'** |
| Ann (Antoinette) Galvan, *et al* | ) | **MOTION TO COMPEL** |
| | ) | **DISCOVERY AND MOTION FOR** |
| | ) | **SANCTIONS (ECF #29) AND** |
| Defendants. | ) | **RELATED ORDER (ECF #38)** |
| | ) | |

  The Defendants do not withdraw their Motion to Compel Discovery and Motion for Sanctions filed on November 16, 2015 (ECF #29).  The Defendants' review of the Plaintiff's responses and production of documents found that Plaintiff has not substantially complied with the Defendants' discovery requests.

  Pursuant to the Court's Order (ECF #38) the Plaintiff produced some answers to the Defendants' interrogatories and a number of documents on January 6, 2016.  The Defendants have in good faith reviewed the Plaintiff's responses and have found that Plaintiff has not substantially complied with the Defendants' discovery requests.

At the Status Conference on January 15, 2016 and on January 19, 2016 the Defendants told Plaintiff about the deficiencies in the Plaintiff's responses.  The Defendants' counsel is attempting to arrange a Meet and Confer with Plaintiff's counsel to talk further concerning this matter.

Respectfully submitted,

/s/ Patricia A. Walker
Patricia A. Walker        Ohio Reg.  No.  0001779
E-mail:  paw@walkerandjocke.com
Ralph E. Jocke            Ohio Reg.  No.  0011642
E-mail:  rej@walkerandjocke.com
Stacy L. Emhoff           Ohio Reg.  No.  0080295
E-mail:  sle@walkerandjocke.com
Walker & Jocke Co., LPA
231 South Broadway
Medina, Ohio  44256-2601
Phone: 330-721-0000
Fax: 330-722-6446

Gordon E. Gray III (SBN 175209)
Admitted Pro Hac Vice
E-mail: geg@grayiplaw.com
Gray Law Firm
4401 N. Atlantic Ave.
Long Beach, CA 90807
Phone: (562) 984-2020

Attorneys for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2016 I caused the foregoing Reply Concerning Defendants' Motion To Compel Discovery and Motion For Sanctions (ECF #29) and Related Order (ECF #38) to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all of the attorneys of record.

/s/ Patricia A. Walker
Patricia A. Walker