Motion Granted. Ann Galvan and Gloria Galvan will be allowed to appear by video conferencing at the 8/17/16 mediation.

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: August 12, 2016

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TSDC, LLC, et al.** | ) | CASE NO. 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| **ANN (ANTOINETTE) GALVAN, et al.** | ) | |
| | ) | |
| Defendants. | ) | MOTION TO APPEAR VIA VIDEO |

In the Court Order, Doc #54, Magistrate Judge William H. Baughman, Jr. indicated that the parties needed to appear at the mediation on August 17, 2016 in person.  However, due to the medical condition of Ann Galvan, the Court indicated that the Court would entertain a Motion for the Defendants to appear by video conferencing.  The Defendants hereby request the ability to appear by video conferencing.  A brief in support is attached and incorporated hereto.

## BRIEF

The Court has requested all parties attend the mediation on August 17, 2016 in person.  However, it would be a great medical hardship for Defendant Ann Galvan to attend in person.  From the treatment of Hodgkin's lymphoma she has restrictive lung disease.  Ann Galvan's doctor, Brian L. Tiep, MD, has indicated that air travel would provide Ms. Galvan with a high risk for developing bronchitis and pneumonia relative to air travel.  Exhibit 1, Antoinette Galvan Declaration ¶2, 3, Tiep Letter.  This view was expressed by Dr. Tiep also in 2011.  Exhibit 2, Tiep Letter.  Defendant Gloria Galvan, the other Defendant, is the sister of Ann Galvan, lives with Ann Galvan and is the sole caregiver of Ann Galvan.  Exhibit 2, Gloria Galvan Declaration,