IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TSDC, LLC, et al. | ) | CASE NO. 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| ANN (ANTOINETTE) GALVAN, et al. | ) | |
| | ) | |
| Defendants. | ) | DEFENDANTS' NOTICE |

In the Order of August 5, 2016 (Doc #: 54-1) the Court requested that the parties file a Notice.  Unfortunately, the parties are unable to file a joint Notice.

Defendants agree with the dispute resolution procedures that have been outlined by the Court (green ovals on Doc #: 54-1).

        Respectfully submitted,

/s/ Patricia A. Walker
Patricia A. Walker (0001779)
*paw@walkerandjocke.com*
Ralph E. Jocke (0011642)
*rej@walkerandjocke.com*
Stacy L. Emhoff
*sle@walkerandjocke.com*
WALKER & JOCKE CO., LPA
231 South Broadway
Medina, Ohio 44256-2601
Tel : (330) 721-0000
Fax : (330) 722-6446

Gordon E. Gray, III (admitted *pro hac vice*)
*geg@grayiplaw.com*
4401 N. Atlantic Avenue
Long Beach, CA 90807
Tel:  (562) 984-2020
Fax: (532) 984-2019

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2016, I caused the foregoing Defendants' Notice to be electronically served with the Court's electronic filing system on all attorneys of record as indicated on the electronic filing receipt.

/s/  Patricia A. Walker
Patricia A. Walker