# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TSDC, LLC, et al.** ) | CASE NO. 1:14-cv-02699-DCN |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | WILLIAM H. BAUGHMAN, JR. |
| **ANN (ANTOINETTE) GALVAN, et al.** ) | |
| ) | |
| Defendants. ) | PLAINTIFF'S NOTICE |

Pursuant to the Court's August 5, 2016 Order (E.C.F. 54), Plaintiff TSDC, LLC ("Plaintiff") states that, despite extensive negotiations with Defendants Antoinette Galvan and Gloria Galvan (the "Defendants" and collectively with Plaintiff, the "Parties"), the Parties were unable to reach an agreement on a dispute resolution provision satisfactory to all Parties.

Respectfully submitted,

/s/ William A. Doyle
Philip R. Bautista (0073272)
*pbautista@taftlaw.com*
Amelia J. Workman Farago (0080260)
*afarago@taftlaw.com*
William A. Doyle (0090987)
*wdoyle@taftlaw.com*
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Tel:  (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ William A. Doyle*
*One of the Attorneys for Plaintiff*
