UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# MINUTE ORDER

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:  August 17, 2016

Case No.:  1:14 CV 2699 (DCN)

Court Reporter:  None

TSDC, LLC

    v.

ANTOINETTE GALVAN, *et al.*

APPEARANCES:  For Plaintiff:  William A. Doyle, Philip R. Bautista, Amelia J. Workman-Farago

                For Defendants:  Patricia A. Walker, Ralph E. Jocke

PROCEEDINGS: Telephonic status conference conducted. Counsel and the parties continue to make progress on both the procedural and substantive parts of a settlement agreement. Counsel will jointly file a status report by Wednesday, August 24, 2016. Based on that report the Court will determine if it is productive to schedule a fourth mediation session.

                                              s/ William H. Baughman, Jr.
                                              United States Magistrate Judge

Time: 1 hour