**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TSDC, LLC** | ) | **CASE NO. 1:14-cv-02699-DCN** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE** |
| | ) | **WILLIAM H. BAUGHMAN, JR.** |
| **ANN (ANTOINETTE) GALVAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | **DEFENDANTS' STATUS REPORT** |

The Court ordered the parties to file a joint status report by today.  As of the close of business at 5 p.m., counsel have been unable to agree on the wording of a joint status report.

It is the understanding of the Defendants' counsel based on the discussions held with Plaintiff's counsel that the parties have agreed on a dispute resolution process to be included as part of any eventual settlement agreement.  Defendants request additional mediation proceedings conducted by the Court to try to achieve a settlement.

Respectfully submitted,

/s/ Ralph E. Jocke
Patricia A. Walker (0001779)
*paw@walkerandjocke.com*
Ralph E. Jocke (0011642)
*rej@walkerandjocke.com*
Stacy L. Emhoff
*sle@walkerandjocke.com*
WALKER & JOCKE CO., LPA
231 South Broadway
Medina, Ohio 44256-2601
Tel : (330) 721-0000
Fax : (330) 722-6446

Gordon E. Gray, III (admitted *pro hac vice*)
*geg@grayiplaw.com*
4401 N. Atlantic Avenue
Long Beach, CA 90807
Tel:  (562) 984-2020
Fax: (532) 984-2019

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2016, I caused the foregoing Defendant's Status Report to be electronically served with the Court's electronic filing system to all attorneys indicated on the electronic filing receipt.

/s/  Ralph E. Jocke
Ralph E. Jocke

2