# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TSDC, LLC, et al. | ) | CASE NO. 1:14-cv-02699-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| ANN (ANTOINETTE) GALVAN, et al. | ) | |
| | ) | |
| Defendants. | ) | PLAINTIFF'S NOTICE |

Pursuant to the Court's August 17, 2016 Order (E.C.F. 62), Plaintiff TSDC, LLC ("Plaintiff") states that Plaintiff and Defendants Antoinette Galvan and Gloria Galvan (the "Defendants" and collectively with Plaintiff, the "Parties"), have agreed on a dispute resolution provision satisfactory to all Parties. Plaintiff may be amenable to requesting an additional mediation session with the Court, contingent upon the progress toward a mutually satisfactory settlement agreement during the Parties' negotiations in the next several business days.

Respectfully submitted,

*/s/ William A. Doyle*
Philip R. Bautista (0073272)
*pbautista@taftlaw.com*
Amelia J. Workman Farago (0080260)
*afarago@taftlaw.com*
William A. Doyle (0090987)
*wdoyle@taftlaw.com*
TAFT, STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Tel: (216) 241-2838; Fax: (216) 241-3707
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ William A. Doyle
*One of the Attorneys for Plaintiff*
