## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **TSDC, LLC, et al.** | ) | **CASE NO. 1:14-cv-02699-DCN** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE** |
| | ) | **WILLIAM H. BAUGHMAN, JR.** |
| **ANN (ANTOINETTE) GALVAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | **JOINT REPORT** |

Pursuant to the Court's August 30, 2016 Order (E.C.F. 65), the parties state as follows:

(1) Plaintiff TSDC, LLC does not agree to a further mediation with the Court at this time; and (2)

Defendants Antoinette and Gloria Galvan request an additional mediation with the Court at this

time.

Respectfully submitted,

*/s/ William A. Doyle*
Philip R. Bautista (0073272)
*pbautista@taftlaw.com*
Amelia J. Workman Farago (0080260)
*afarago@taftlaw.com*
William A. Doyle (0090987)
*wdoyle@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square Ste. 3500
Cleveland, OH 44114-1824
(216) 241-2838
(216) 241-3707 (fax)
*Attorneys for Plaintiff*

1

2

/s/ Patricia A. Walker
Patricia A. Walker (0001779)
*paw@walkerandjocke.com*
Ralph E. Jocke (0011642)
*rej@walkerandjocke.com*
Stacy L. Emhoff
*sle@walkerandjocke.com*
WALKER & JOCKE CO., LPA
231 South Broadway
Medina, Ohio 44256-2601
Tel : (330) 721-0000
Fax : (330) 722-6446

Gordon E. Gray, III (admitted *pro hac vice*)
*geg@grayiplaw.com*
4401 N. Atlantic Avenue
Long Beach, CA 90807
Tel:  (562) 984-2020
Fax: (532) 984-2019

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2016, I caused the foregoing Joint Report to be electronically served with the Court's electronic filing system to all attorneys indicated on the electronic filing receipt.

/s/  *William A. Doyle*
William A. Doyle