# Exhibit B

1  got filed would have been shortly thereafter.
2      Q.  So why did you believe one of my clients had
3  called Glenda at Sigler?
4      A.  As I said, they are the absolute only people that
5  had a motive that would have been able to gain from
6  doing that.  Also, just the historical patterns of
7  vengefulness and hate and destain that they have for me.
8  It's just been very, very, very apparent and they were
9  just naturally -- and as I mentioned, even before Janine
10 told me what she did I already had my suspicions that
11 they were behind it because Sigler just popped up out
12 the blue.  I mean, it was like bam and they were just
13 there and it was just really odd and I felt like our
14 dispute, your clients and my dispute, had just been
15 going on and they were the only dispute that was going
16 on.  They were just really the only people -- some of
17 the very few people who even knew I was in a trademark
18 dispute and most certainly the only ones who had
19 anything to gain from making a phone call like that.
20     Q.  Why do you believe they even know who Sigler was?
21     A.  Because they would have very easily.  They could
22 have looked to see who was using Fight Like A Girl and
23 who would be the most likely to fight me and, you know,
24 our settlement agreement plainly says that we both
25 agreed -- the three of us agreed that we would not