# Exhibit 2

### Declaration of Ann Galvan

1.      I am an adult with personal knowledge of the facts in this Declaration.

2.      I object to the Subpoena requesting the PayPal account of myself, my sister (Gloria Galvan) and our business account, Hope Inspired Creations LLC.

3.      The PayPal accounts for Ann Galvan and Gloria Galvan are used for personal purchases and payments such as clothing, food, home goods, groceries, prescriptions, medicines, supplements, entertainment, meals, transportation, and gas.  Plaintiff has no need or right to obtain this information.

4.      The business PayPal account includes the payment for expenses and income.  The business PayPal account has been used to pay:

- Facebook Business Ads
- GoDaddy Host
- BlueHost
- Hightail: File Sharing service
- Website Maintenance
- Social Media Fees
- Legal Services
- Cloud Services
- Payment To Business Loan
- T-shirt printing fees
- Etsy Fees
- Wordpress fees
- Member Pay
- Office Supplies
- Purchase of Fonts

Those expenses are not relevant to this lawsuit and are none of the business of the Plaintiff nor Plaintiff's counsel.

5.      We have provided the Plaintiff with the individual sales of the accused designs.  We have provided information on our gross revenues to Plaintiff.  We have provided 1099s, which are documents that show our gross income.

6.      Our business, Hope Inspired Creations LLC, involves much more than the designs mentioned in the Amended Complaint.  The designs in this case are only a fraction of the designs that provide income to the Defendants.  It is out of proportion to request the income for all our designs.  Only the "Fight Like A Girl" related designs and five other designs are involved in this lawsuit.


        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Executed on ___October 28, 2016_____


        _____
        Ann Galvan