## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TSDC, LLC,<br>    Plaintiff(s),<br>v.<br><br>Antoinette Galvin, et al.,<br><br>    Defendant(s). | Date:  November 3, 2016<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:14 CV 2699 |

Status conference held; counsel for all parties participating. P's motion to extend fact discovery (ECF #73) is granted. Discovery is extended to 11/30/16. All current deadlines are extended 30 days. Plaintiff's motion to conduct depositions by telephone (ECF #74) is granted with the provisions requested by Ds in their response. P will be filing a motion to compel on 11/7/16 related to 5 questions that D's witness refused to answer. D's will respond w/in 10 days. Reply due 5 days thereafter. Telephone status set 11/29/16 @ 11:30.

Length of Proceeding: 20

/s/ Donald C. Nugent /smz
United States District Judge