# Exhibit B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4               ~~~~~~~~~~~~~~~~~~~~~
 5   TSDC, LLC,
 6
 7                Plaintiff,
 8
 9       vs.              Case No.   1:14-CV-02699
10
11   ANTOINETTE GALVAN, et al.,
12
13                Defendants.
14               ~~~~~~~~~~~~~~~~~~~~~
15                    Deposition of
16                    SANDRA ELLIS
17                    *  *  *  *  *
18               UNANSWERED QUESTIONS
19                    *  *  *  *  *
20
21              October 21st, 2016
                    10:00 a.m.
22
                    Taken at:
23      Taft, Stettinius & Hollister, LLP
          200 Public Square, Suite 4000
24              Cleveland, Ohio
25
            Melissa Cruz, Notary Public
```

1  \* \* \* \* \*

2  Q. And why did you believe that the
3  notice to CafePress complied with section 13 B
4  of the 2011 settlement agreement?
5  MR. DOYLE: Objection, and I'm
6  going to instruct the witness not to answer
7  that.
8  MS. WALKER: On what grounds?
9  MR. DOYLE: Again, on the ground
10  that we, TSDC agreed to produce this 30(b)(6)
11  to answer questions relating to documents,
12  supplemental documents produced in January
13  through March 2016.

14  \* \* \* \* \*

15  Q. Ms. Ellis, is my understanding that
16  the plaintiffs are not presenting a claim that
17  the 2011 settlement agreement should be thrown
18  out by this court, is that correct?
19  MR. DOYLE: I'll object to that and
20  instruct the witness not to answer at this time
21  on attorney/client privilege.
22  Q. Do you refuse to answer that
23  question?
24  A. Yes.
25  \* \* \* \* \*

1  Q.  What is the dollar amount of sales
2 that you believe you have lost due to the
3 alleged infringement by the defendants of the
4 settlement agreement?
5   MR. DOYLE: Objection, and I'm
6 going to instruct the witness not to answer.
7 The question is outside the scope of the
8 supplemental document production and questions
9 seeking clarification of distributors errors in
10 the first amended complaint.
11  Q.  Do you refuse to answer the
12 question?
13  A.  Yes.
14  Q.  Have you lost any sales since your
15 deposition was taken on September 11th, 2015?
16   MR. DOYLE: Same objection. Same
17 instruction.
18   MS. WALKER: I think that is
19 outside of the agreement. It's rather
20 unreasonable you're asking my client to pay
21 money, but you're not willing to show why my
22 client is to pay money.
23  Q.  Are you refusing to answer the
24 question?
25  A.  Yes.

```
 1                        * * * * *
 2       Q.    I believe branded is used in that
 3  paragraph so what did you -- what is meant by
 4  that paragraph, if you know?
 5             MR. DOYLE:  I'm going to object and
 6  instruct the witness not to answer based on the
 7  same objections that it's not a topic that TSDC
 8  agreed to produce a 30(b)(6) witness for.
 9       Q.    Do you refuse to answer?
10       A.    Yes.
11                        * * * * *
12       Q.    All right.  Let me rephrase it.
13  Are you making a claim to trial for damage due
14  to the F**K cancer shirt that the defendants
15  sell?
16             MR. DOYLE:  I'm going to object and
17  I'm going to continue the same objection.  The
18  question is outside the scope of the
19  supplemental document production, and the
20  question does not relate to clarification of
21  distributor's errors in the amended complaint.
22  I'm going to instruct the witness not to
23  answer.
24                        * * * * *
25       Q.    Is TSDC claiming any damages in
```

TSDC, LLC v. Antoinette Galvan et al,

1  this lawsuit for losses incurred by Awareness
2  Gift Boutique?
3         MR. DOYLE:  Objection.  It's the
4  same objection as before.  I will instruct the
5  witness not to answer that.
6     Q.    Ms. Ellis, are you refusing to
7  answer the question?
8     A.    Yes.
9     Q.    What damages did TSDC incur due to
10 the alleged trademark infringement of the
11 Galvans?
12        MR. DOYLE:  Objection.  Same
13 objection.  Instruct the witness not to answer.
14    Q.    Ms. Ellis, are you refusing to
15 answer that question?
16    A.    Yes.
17    Q.    Ms. Ellis, as we sit here today,
18 how much damage has TSDC incurred concerning
19 the actions of the Galvans?
20        MR. DOYLE:  Objection.  Same
21 objection.  Instruct the witness not to answer.
22    Q.    Ms. Ellis, do you refuse to answer
23 that question?
24    A.    Yes.
25    Q.    Ms. Ellis, do you refuse to answer

```
 1   the question?
 2       A.    Yes.
 3       Q.    I apologize.
 4       A.    That's okay.
 5       Q.    Can you name one sale that TSDC has
 6   lost due to the actions of the Galvans?
 7             MR. DOYLE:  Objection.  Same
 8   objection.  This falls outside the scope of
 9   grounds for which TSDC agreed to produce
10   30(b)(6) witness, and I instruct the witness
11   not to answer.
12       Q.    Ms. Ellis, do you refuse to answer
13   that question?
14       A.    Yes.
15       Q.    Can TSDC point to any customer that
16   TSDC has lost due to the actions of the
17   Galvans?
18             MR. DOYLE:  Objection.  Same
19   objection.  Instructing the witness not to
20   answer.
21       Q.    Ms. Ellis, do you refuse to answer
22   that question?
23       A.    Yes.
24                    * * * * *
25
```

REPORTER'S CERTIFICATE

1
2
3
4   I, Melissa Cruz, do hereby certify
5   that as such Reporter, I took down in Stenotype
6   all of the proceedings had in the foregoing
7   transcript; that I have transcribed my said
8   Stenotype notes into typewritten form as
9   appears in the foregoing transcript; that said
10  transcript is the complete form of the
11  proceedings had in said cause and constitutes a
12  true and correct transcript therein.
13
14
15
16
17  Melissa Cruz, Notary Public
18  within and for the State of Ohio
19
20  My commission expires April 18th, 2018.
21
22
23
24
25