UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TSDC. LLC, | ) | Case No. 1: 14 CV 2699 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ANTOINETTE GALVAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Counsel for Defendants Antoinette Galvan and Gloria Galvan has filed a Notification of Automatic Stay (ECF #80) informing the Court that the defendants in this case have filed a Petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California. As such, this action is subject to an automatic stay under 11 U.S.C. § 362 (a). Accordingly, this action is DISMISSED WITHOUT PREJUDICE. This action may be reinstated, upon application, if the Bankruptcy Court modifies the stay to permit continuation of this proceeding or when the bankruptcy proceedings have concluded.

    Therefore, this action is dismissed without prejudice.

    IT IS SO ORDERED.

                                                                           DONALD C. NUGENT
                                                                           United States District Judge

DATED: November 28, 2016